IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    Stratos Dyonisos Moschidis, | : | Chapter 13 |
|    aka Stratos D. Moschidis | : | Case No. 5:22-bk-00307-MJC |
|    aka Stratos Moschidis | : | |
|       Debtor | : | |
| | : | |
| Stratos Dyonisos Moschidis | : | |
|       Objector | : | OBJECTION TO |
|    v. | : | PROOF OF CLAIM #1 |
| American Express National Bank | : | |
|       Claimant | : | |

## WITHDRAWAL OF OBJECTION TO CLAIM NO. 1 OF AMERICAN EXPRESS NATIONAL BANK

AND NOW COMES Debtor, Stratos Dyonisos Moschidis, by and through its attorneys, and withdraws the Objection to Proof of Claim #1 filed on May 9, 2022.

**NEWMAN WILLIAMS, P.C.**

By: /s/ Robert J. Kidwell
     Robert J. Kidwell, Esquire
     Attorney for Debtors
     PO Box 511, 712 Monroe Street
     Stroudsburg, PA 18360
     (570) 421-9090; fax (570) 424-9739
     rkidwell@newmanwilliams.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    Stratos Dyonisos Moschidis, | : | Chapter 13 |
|    aka Stratos D. Moschidis | : | Case No. 5:22-bk-00307-MJC |
|    aka Stratos Moschidis | : | |
|       Debtor | : | |
| | : | |
| Stratos Dyonisos Moschidis | : | |
|       Objector | : | OBJECTION TO |
|    v. | : | PROOF OF CLAIM #1 |
| American Express National Bank | : | |
|       Claimant | : | |

## CERTIFICATE OF CONCURRENCE

I hereby certify that I obtained concurrence from the Claimant's attorney, Adam Weisberger, Esquire, with this Withdrawal of the Objection to Proof of Claim #1.

DATED: May 9, 2022                  **NEWMAN WILLIAMS, P.C.**

                                         By: /s/ Robert J. Kidwell
                                             Robert J. Kidwell, Esquire
                                             Attorneys for Debtor
                                             PO Box 511, 712 Monroe Street
                                             Stroudsburg, PA 18360
                                             (570) 421-9090; fax (570) 424-9739
                                             rkidwell@newmanwilliams.com